IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Assane Diouf, | : | |
| | : | |
| Petitioner, | : | Case No. 1:25-cv-834 |
| | : | |
| v. | : | |
| | : | Judge Susan J. Dlott |
| Kevin Raycraft, Acting Director of | : | |
| Immigration and Customs Enforcement | : | |
| and Removal Operations, Detroit Field | : | Order to Submit Evidence |
| Office, | : | |
| | : | |
| Respondent. | : | |

Petitioner Assane Diouf, a native of Mauritania, has filed a Petition for Writ of Habeas Corpus challenging his detention by the United States Immigrations and Customs Enforcement as he awaits execution of an order to remove him from the United States.  (Doc. 1.)  The Court held a status conference by telephone on April 2, 2026.  The AUSA, on behalf of Respondent, made verbal representations at the conference about a deportation flight to Mauritania that took place on or about March 29, 2026, including the number of Mauritanian citizens on the flight and travel documents issued by the Mauritania for the deportees.  Respondents have not, however, submitted sworn statements or documentation into the record to support those representations. The Court **ORDERS** Respondents to file evidence on or before April 23, 2026 about that deportation flight so that the case docket is complete.

**IT IS SO ORDERED.**

BY THE COURT:

S/Susan J. Dlott
Susan J. Dlott
United States District Judge

1