IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Assane Diouf,                                          :
                                                      :
            Petitioner,                               :
                                                      :    Case Number: 1:25cv834
                                                      :
     vs.                                              :
                                                      :    Judge Susan J. Dlott
Director of Enforcement and Removal                   :
Operations, Detroit Field Office,                     :
United States Immigration and                         :
Customs Enforcement.                                  :
                                                      :
                                                      :
            Respondent.                               :

JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED

This action was decided by the Court without a trial.   It was ordered and adjudicated that the

Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) was denied.

Although Diouf has not shown an entitlement to habeas relief at this time, if his detention

continues for an extended period or circumstances change, he may file another habeas petition at a

later date to try to make the requisite showing under *Zadvydas*. *Cf. Nasr v. Larocca*, No. CV 16-

1673-VBF(E), 2016 WL 3710200, at *6 (C.D. Cal. Apr. 27, 2017); *Estenor*, 2011 WL 5572596, at

*4.

Respondent's Emergency Motion for Relief (Doc. 9) is **DENIED AS MOOT**.

4/30/2026                                              RICH NAGEL, CLERK


                                                        S/William Miller
                                                       Deputy Clerk